# MESSNER REEVES LLP

DENVER | LAS VEGAS | LOS ANGELES | NEW YORK

ABIGAIL A. NITKA  
anitka@messner.com

DIRECT DIAL:  
(646) 663-1874

March 19, 2018

**VIA ECF**

The Hon. Kevin McNulty  
United States District Judge  
United States District Court for the District of New Jersey  
Lautenberg U.S. Post Office & Courthouse  
Courtroom PO 04  
Federal Square  
Newark, NJ 07101

Re:   *Alvarez v. Chipotle Mexican Grill, Inc.*  
      No. 17-CIV-4095 (KM) (JBC)

Dear Judge McNulty:

We represent Chipotle Mexican Grill, Inc. ("Chipotle") in the above-referenced matter. This Court stayed this matter pending the outcome of contempt proceedings initiated by Chipotle against Plaintiff Carmen Alvarez ("Plaintiff") and her counsel in *State of Nevada, et al. v. U.S. Dep't of Labor*, 16-CV-00731-ALM (E.D. Tex.). (*See* Dkt. No. 29.) We write to inform you that the Hon. Amos L. Mazzant in the United States District Court for the Eastern District of Texas issued an Order this morning granting Chipotle's contempt motion in its entirety. A copy of the order is attached hereto as Exhibit A for the Court's convenience.

Among other relief granted to Chipotle, Judge Mazzant ordered Plaintiff and her counsel to withdraw all allegations in the complaint before this Court "concerning the enforcement of the Final Rule against Chipotle within seven days." (*See* Ex. A at. 25.) Judge Mazzant also confirmed that its prior injunction prohibiting enforcement of the Final Rule applies to Plaintiff and to all proposed plaintiffs she contends are similarly situated to her. (*See id.*)

In its November 14, 2017 order, this Court held that the stay of these proceedings would expire seven days after the Eastern District of Texas issued its order. (S*ee* Dkt. 29.) Chipotle therefore respectfully notifies this Court that that order has entered. In the event that Plaintiff requests that the stay be continued for any reason, Chipotle reserves its right to oppose any such application.

Thank you for the Court's attention to this matter. Should Your Honor have any questions, please do not hesitate to contact us.

Respectfully submitted,

*/s/ Abigail Nitka*

Abigail Nitka

cc:   All counsel of record (via ECF)

1430 Wynkoop Street | Suite 300 | Denver CO 80202 | 303 623 1800 *tel* | 303 623 0552 *fax*