

# GREEN SAVITS LLC
EMPLOYEE RIGHTS ADVOCATES

Jon W. Green †♦

Glen D. Savits†

Laura M. LoGiudice, Of Counsel†

† Also Admitted in New York
♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

May 7, 2018

**By ECF**
The Honorable Kevin McNulty
United States District Judge
District of New Jersey
Lautenberg U.S. Post Office & Courthouse, Courtroom PO 04
Federal Square
Newark, NJ 07101

      Re:    *Alvarez v. Chipotle Mexican Grill, Inc.*
             Civil Action No. 2:17-cv-04095 (KM) (JBC)

Dear Judge McNulty:

Pursuant to this Court's April 2, 2018 Order, ECF No. 35, the parties write to submit a joint status report regarding the disposition of Plaintiff's stay application in the Eastern District of Texas.

The parties jointly request that this Court stay this action pending resolution of the Fifth Circuit appeal. In support of their joint application, the parties submit a copy of the Eastern District of Texas's May 1, 2018 order staying its March 19, 2018 contempt order pending the disposition of the appeal to the Court of Appeals for the Fifth Circuit, attached hereto as Exhibit A.

                                              Sincerely,

              */s/Glen D. Savits*          */s/Brian S. Murphy*
              Glen D. Savits                  Brian S. Murphy

cc:   All counsel of record (via ECF)
      Justin M. Swartz, Esq. (via email)
      Melissa Lardo Stewart, Esq. (via email)
      Joseph M. Sellers, Esq. (via email)
      Miriam R. Nemeth, Esq. (via email)
      Matthew Hellman, Esq. (via email)
      Benjamin Eidelson, Esq. (via email)

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 5/8/18