| | |
|---|---|
| COHEN MILSTEIN SELLERS & TOLL PLLC<br>Joseph M. Sellers*<br>1100 New York Avenue, NW, Suite 500<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>jsellers@cohenmilstein.com | OUTTEN & GOLDEN LLP<br>Justin M. Swartz*<br>Melissa Lardo Stewart*<br>685 Third Avenue, 25th Floor<br>New York, New York 10017<br>Telephone: (212) 245-1000<br>jms@outtengolden.com<br>mstewart@outtengolden.com |

GREEN SAVITS LLC
Glen D. Savits
25B Vreeland Road, Suite 207
Florham Park, NJ 07932
Telephone: (973) 695-7777
gsavits@greensavits.com

*Attorneys for Plaintiffs and the Putative Class and Collective*

*Admitted *pro hac vice*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMEN ALVAREZ, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>CHIPOTLE MEXICAN GRILL, INC., and CHIPOTLE SERVICES, LLC,<br><br>  Defendants. | Civil No. 2:17-cv-04095-KM-JBC<br><br>Electronically Filed<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT, SERVICE AWARDS, AND PLAINTIFFS' COUNSEL'S ATTORNEYS' FEES AND EXPENSES**<br><br>Motion Return Date: April 5, 2021 |

For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Unopposed

Motion for Approval of Collective Action Settlement, Service Awards, and Plaintiffs' Counsel's

Attorneys' Fees and Expenses, the Declaration of Justin M. Swartz, and supporting exhibits, Plaintiffs respectfully request that the Court enter an Order:

(1) Approving the terms of the settlement set forth in the Joint Stipulation of Settlement and Release ("Settlement Agreement"), attached as Exhibit 1 to the Declaration of Justin Swartz;

(2) Approving the proposed Notice of Settlement and Consent to Join Settlement and Claim Form, attached as Exhibits A and B to the Settlement Agreement, and directing its distribution;

(3) Approving Service Awards for the Named Plaintiffs;

(4) Approving Plaintiffs' Counsel's request for payment of attorneys' fees and reimbursement of costs and expenses;

(5) Dismissing the lawsuit; and

(6) Granting such other, further, or different relief as the Court deems just and proper.

A memorandum of law in support of this motion and a Proposed Order are attached hereto.

Dated: February 26, 2021
       Florham Park, New Jersey         Respectfully submitted,

                                        /s/ Glen D. Savits
                                        Glen D. Savits
                                        GREEN SAVITS LLC
                                        25B Vreeland Road, Suite 207
                                        Florham Park, NJ 07932
                                        Telephone: (973) 695-7777
                                        gsavits@greensavits.com

                                        Justin M. Swartz*
                                        Melissa Lardo Stewart*
                                        OUTTEN & GOLDEN LLP
                                        685 Third Avenue, 25th Floor
                                        New York, New York 10017
                                        Telephone:  (212) 245-1000

jms@outtengolden.com
mstewart@outtengolden.com

Joseph M. Sellers*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005
Telephone:  (202) 408-4600
jsellers@cohenmilstein.com

*Attorneys for Plaintiffs and the Collective*

*Admitted *pro hac vice*

3

## CERTIFICATION OF SERVICE

     I hereby certify that on February 26, 2021, the above document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                       /s/ Glen D. Savits
                                                      Glen D. Savits