

# GREEN SAVITS LLC
EMPLOYEE RIGHTS ADVOCATES

Jon W. Green**  
Glen D. Savits*+  
Laura M. LoGiudice*

\* Also Admitted in New York  
+ Also Admitted in North Carolina  
♦ Certified by the Supreme Court of New Jersey as a Civil Trial Attorney

March 8, 2021

**VIA ECF**
The Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
M.L. King, Jr. Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re: **Alvarez v. Chipotle Mexican Grill, Inc., et al.**
           **Civil Action No. 2:17-cv-04095-KM-JBC**

Dear Judge Clark,

    I represent Plaintiffs in the above action. You have scheduled a status conference with the parties for tomorrow at 11:00 am. Since Plaintiffs filed their unopposed motion for approval of the parties' settlement before Judge McNulty on February 26, 2021, we believe that there is no longer a need for the conference call tomorrow. We therefore ask that the conference be adjourned. Defendant has consented to this request.

                                Respectfully,

                                  /s/ *Glen D. Savits*

                                Glen D. Savits

GDS:bp

cc:     All counsel of record (via ECF)