# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CARMEN ALVAREZ, on behalf of herself
and all others similarly situated,

     Plaintiff,

  v.

CHIPOTLE MEXICAN GRILL, INC., and
CHIPOTLE SERVICES, LLC,

  Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 2:17-cv-04095-KM-JBC

Electronically Filed

## ORDER

**THIS MATTER** having come before this Court on Plaintiffs' Motion for Approval of Collective Action Settlement, Service Awards, and Plaintiff Counsel's Attorneys' Fees and Expenses, and for good cause having been shown;

**ON THIS** _20th_ day of _Sept._, 2021, hereby **ORDERED** as follows:

1. The settlement in this Fair Labor Standards Act action is a fair, reasonable, and adequate resolution of a bona fide dispute. The settlement is approved, *and the Motion for Settlement (DE 107) is GRANTED*

2. Plaintiffs' proposed settlement Notice, and the plan for its distribution, is approved.

3. The requested Service Awards are approved.

4. The Settlement Administrator's fees and costs are approved.

5. Plaintiffs' Counsel's request for attorneys' fees and reimbursement of out-of-pocket costs and expenses is granted.

6. This action is dismissed with prejudice, *but the Court will retain jurisdiction to supervise the settlement. The Clerk shall close the file.*

**SO ORDERED.**

Dated: _Sept. 20_____, 2021

Hon. Kevin McNulty